UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
GRACIELA DONCOUSE,

                Plaintiff,

-against-

STUART WEITZMAN RETAIL STORES, LLC
AND 118 SPRING STREET PARTNERS LLC,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2022
```

22 Civ. 820 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 31, 2022, Plaintiff requested an extension of the April 1, 2022 deadline for the parties to submit their joint letter and proposed case management plan. ECF No. 10. Plaintiff explained that she served Defendants through the Secretary of State on February 8, 2022, but that Defendants have not appeared on otherwise made contact. *Id.* Plaintiff also represented that she would make additional attempts to contact Defendants. *Id.* On April 4, 2022, the Court ordered the parties to submit their joint letter and proposed case management plan by May 2, 2022. ECF No. 11. As of the writing of this order, Defendants have not appeared, and the parties have not filed their joint letter and proposed case management plan.

    Accordingly, by **May 5, 2022**, Plaintiff shall file a letter on the docket regarding the status of service.

    SO ORDERED.

Dated: May 4, 2022
       New York, New York

                                                ANALISA TORRES
                                          United States District Judge