```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
GRACIELA DONCOUSE,

                Plaintiff,

-against-

STUART WEITZMAN RETAIL STORES, LLC
AND 118 SPRING STREET PARTNERS LLC,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/2022
```

22 Civ. 820 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 6, 2022, the Court ordered the parties to submit their joint letter and proposed case management plan by June 13, 2022. ECF No. 14. Those submissions are overdue. Accordingly, by **June 22, 2022**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: June 16, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge